Timothy **FERNANDEZ**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. **ED 84492.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 15, 2005.

Gwenda R. Robinson, District Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

## *ORDER*

PER CURIAM.

Timothy Fernandez appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).